IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, FINANCIAL SERVICES INSTITUTE, INC., FINANCIAL SERVICES ROUNDTABLE, GREATER IRVING-LAS COLINAS CHAMBER OF COMMERCE, HUMBLE AREA CHAMBER OF COMMERCE DBA LAKE HOUSTON AREA CHAMBER OF COMMERCE, INSURED RETIREMENT INSTITUTE, LUBBOCK CHAMBER OF COMMERCE, SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, and TEXAS ASSOCIATION OF BUSINESS, <br><br>Plaintiffs, <br><br>v. <br><br>EDWARD C. HUGLER, SECRETARY OF LABOR, and UNITED STATES DEPARTMENT OF LABOR, <br><br>Defendants. | Civil Action No. 3:16-cv-1476-M <br>Consolidated with: <br>    3:16-cv-1530-C <br>    3:16-cv-1537-N |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs, the Chamber of Commerce of the United States of America; the Financial Services Institute, Inc.; the Financial Services Roundtable; the Greater Irving-Las Colinas Chamber of Commerce; the Humble Area Chamber of Commerce d/b/a the Lake Houston Area Chamber of Commerce; the Insured Retirement Institute; the Lubbock Chamber of Commerce; the Securities Industry and Financial Markets Association; and the Texas Association of Business, hereby appeal to the United States Court of Appeals for the Fifth

Circuit from the Court's February 8, 2017 Memorandum Opinion and Order, ECF No. 137, and the Court's February 9, 2017 Judgment, ECF No. 139.

          Respectfully submitted,

Dated:  February 24, 2017          s/ Eugene Scalia

| | |
|---|---|
| James C. Ho, Texas Bar No. 24052766 | Eugene Scalia* |
| Russell H. Falconer, Texas Bar No. 24069695 | Jason J. Mendro* |
| GIBSON, DUNN & CRUTCHER LLP | Paul Blankenstein* |
| 2100 McKinney Avenue | Gibson, Dunn & Crutcher LLP |
| Suite 110 | 1050 Connecticut Avenue, N.W. |
| Dallas, TX  75291 | Washington, D.C.  20036 |
| Telephone:  (214) 698-3264 | Telephone:  (202) 955-8500 |
| Facsimile:  (214) 571-2917 | Facsimile:  (202) 467-0539 |
| jho@gibsondunn.com | escalia@gibsondunn.com |
| rfalconer@gibsondunn.com | jmendro@gibsondunn.com |
| | pblankenstein@gibsondunn.com |

*Counsel for Plaintiffs Chamber of Commerce of the United States of America, Financial Services Institute, Inc., Financial Services Roundtable, Greater Irving-Las Colinas Chamber of Commerce, Humble Area Chamber of Commerce DBA Lake Houston Area Chamber of Commerce, Insured Retirement Institute, Lubbock Chamber of Commerce, Securities Industry and Financial Markets Association, and Texas Association of Business*

\* Admitted *pro hac vice*

(*continued on next page*)

Steven P. Lehotsky*
U.S. CHAMBER LITIGATION CENTER
1615 H Street, NW
Washington, DC 20062
Telephone:  (202) 463-5337
Facsimile:  (202) 463-5346
slehotsky@uschamber.com

*Counsel for Plaintiff Chamber of Commerce of the United States of America*

J. Lee Covington II*
INSURED RETIREMENT INSTITUTE
1100 Vermont Avenue, N.W.
Washington, DC 20005
Telephone:  (202) 469-3000
Facsimile:  (202) 469-3030
lcovington@irionline.org

*Counsel for Plaintiff Insured Retirement Institute*

David T. Bellaire*
Robin Traxler*
FINANCIAL SERVICES INSTITUTE, INC.
607 14th Street, N.W.
Suite 750
Washington, DC 20005
Telephone:  (888) 373-1840
Facsimile:  (770) 980-8481
david.bellaire@financialservices.org
robin.traxler@financialservices.org

*Counsel for Plaintiff Financial Services Institute, Inc.*

Kevin Carroll*
Ira D. Hammerman*
SECURITIES INDUSTRY AND
FINANCIAL MARKETS ASSOCIATION
1101 New York Avenue, N.W.
8th Floor
Washington, DC 20005
Telephone:  (202) 962-7300
Facsimile:  (202) 962-7305
kcarroll@sifma.org
ihammerman@sifma.org

*Counsel for Plaintiff Securities Industry and Financial Markets Association*

Kevin Richard Foster*
Felicia Smith*
FINANCIAL SERVICES ROUNDTABLE
600 13th Street, N.W.
Suite 400
Washington, DC 20005
Telephone:  (202) 289-4322
Facsimile:  (202) 589-2526
richard.foster@FSRoundtable.org
felicia.smith@FSRoundtable.org

*Counsel for Plaintiff Financial Services Roundtable*

* Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2017, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case file system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                s/ Eugene Scalia