# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 23, 2017

Mr. Paul Blankenstein
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. Kelly Patrick Dunbar
WilmerHale
1875 Pennsylvania Avenue, N.W.
Suite 6151E
Washington, DC 20006

Mr. Russell Harris Falconer
Gibson, Dunn & Crutcher, L.L.P.
2100 McKinney Avenue
1100
Dallas, TX 75201-6912

Mr. Joseph Robert Guerra
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. James C. Ho
Gibson, Dunn & Crutcher, L.L.P.
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912

Mr. Peter D. Keisler
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Eric Dean McArthur
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Jason J. Mendro

Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Mr. David W. Ogden
WilmerHale
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Ms. Andrea J. Robinson
WilmerHale
60 State Street
Boston, MA 02109

Mr. Eugene Scalia
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

    No. 17-10238   Chamber of Commerce of the USA, et al v.
                    U.S. Department of Labor, et al
    USDC No. 3:16-CV-1476
    USDC No. 3:16-CV-1530
    USDC No. 3:16-CV-1537

Dear Mr. Blankenstein, Mr. Dunbar, Mr. Falconer, Mr. Guerra, Mr. Ho, Mr. Keisler, Mr. McArthur, Mr. Mendro, Mr. Ogden, Ms. Robinson, and Mr. Scalia,

We have docketed the appeal as shown above, and ask you to use the case number for future inquires. You can obtain a copy of our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist".

<u>Briefing Notice.</u> The record is complete for purposes of the appeal, see Fed R. App. P. 12. Appellant's brief and record excerpts are due within 40 days of the date shown above, see Fed R. App. P. & 5th Cir. R. 28, 30, and 31. See also 5th Cir. R. 30.1.2 and 5th Cir. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts. [If required, **electronic copies MUST be in Portable Document Format (PDF)**.]

<u>Policy on Extensions.</u> The court grants extensions sparingly and under the criteria of 5th Cir. R. 31.4. If you request an extension, you must contact opposing counsel and tell us if the extension is opposed or not. 5th Cir. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

<u>Reply Brief.</u> We do not send cases to the court until all briefs are filed, except in criminal appeals. Reply briefs must be filed

within the 14 day period of F<small>ED</small> R. A<small>PP</small>. P. 31(a)(1). See 5<small>TH</small> C<small>IR</small>. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Brief Covers.** THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

Dismissal of Appeals. The clerk may dismiss appeals **without notice** if you do not file a brief on time, or otherwise fail to comply with the rules.

Appearance Form. If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See F<small>ED</small> R. A<small>PP</small>. P. and 5<small>TH</small> C<small>IR</small>. R. 12. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

**Attention Attorneys:** Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis. Counsel can expect to receive notice once access to the EROA is available. Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized. Instructions for accessing and downloading the EROA can be found on our website at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA. Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

**New Guidance Regarding Citations in Pleadings.**

The court has approved an amendment to 5<small>TH</small> C<small>IR</small>. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal. You must use the new citation format when citing to the electronic record on appeal.

- A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number. For example, "ROA.123."

- B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record. For example, "ROA.13-12345.123."

**Important notice:** 5<small>TH</small> C<small>IR</small>. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

Pro se litigants may request the record from the district court to prepare their brief. Those proceeding in forma pauperis may receive the record without payment of shipping costs. If you wish to receive exhibits, you must specifically request them.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items. If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your brief because you did not timely check the record.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/Melissa Mattingly
Melissa Mattingly, Deputy Clerk
504-310-7719

Enclosure(s)

cc w/encl:
    Mr. Michael S. Raab
    Mr. Michael Shih
    Ms. Galen Thorp

Case No. 17-10238

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FINANCIAL SERVICES INSTITUTE, INCORPORATED; FINANCIAL SERVICES ROUNDTABLE; GREATER IRVING-LAS COLINAS CHAMBER OF COMMERCE; HUMBLE AREA CHAMBER OF COMMERCE, doing business as Lake Houston Chamber of Commerce; INSURED RETIREMENT INSTITUTE; LUBBOCK CHAMBER OF COMMERCE; SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

        Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR,

        Defendants - Appellees

-----------------------------------------------------------------------

AMERICAN COUNCIL OF LIFE INSURERS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - TEXAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - AMARILLO; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - DALLAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - FORT WOTH; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - GREAT SOUTHWEST; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - WICHITA FALLS;

        Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR,

        Defendants - Appellees

-----------------------------------------------------------------------

INDEXED ANNUITY LEADERSHIP COUNCIL; LIFE INSURANCE COMPANY OF THE SOUTHWEST; AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY; MIDLAND NATIONAL LIFE INSURANCE COMPANY; NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

        Plaintiffs - Appellants

v.

EDWARD C. HUGLER, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF LABOR,

        Defendants - Appellees