# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Eugene Scalia
Direct: +1 202.955.8500
Fax: +1 202.530.9606
EScalia@gibsondunn.com

April 4, 2017

VIA ECF

Lyle Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

Re:   *Chamber of Commerce of USA, et al. v. Dep't of Labor*, No. 17-10238

Dear Mr. Cayce:

We represent the "Chamber of Commerce Plaintiffs" in the above-titled matter.

Less than two hours before the close of business on the date by which Plaintiffs-Appellants requested a ruling from this Court on their motion for an injunction pending appeal, Defendant-Appellee U.S. Department of Labor ("DOL") lodged with the Court its final rule extending by 60 days the Fiduciary Rule's April 10 "applicability" date (the "Extension Rule").

DOL's filing confirms the need for the relief Plaintiffs have requested. A 60-day extension is insufficient, for reasons Plaintiffs have explained. *See* Mot. 25–26. Yet the preamble to the Extension Rule suggests that DOL will make no further extension of the Fiduciary Rule's applicability date, even though thorough review in this Court, and the review ordered by the President, are impossible to complete in a mere 60-day period. The Extension Rule preamble states (at 14) that the Fiduciary Rule "will become applicable" after the 60 days, with no indication that date may be extended further. (By contrast, the preamble states (at 17) that the Rule's January 1, 2018 deadline for additional compliance obligations may be extended.) Furthermore, the preamble argues (at 15) that affected entities have had sufficient time to come into compliance with the April 10 date, and—remarkably—asserts (at 16) that the President's directive to reconsider the Fiduciary Rule "will be honored" by allowing key requirements of the Rule to come into effect June 9.

The Extension Rule does not offer relief comparable to that sought from the Court. Plaintiffs' motion for an injunction pending appeal should be granted.

**GIBSON DUNN**

April 4, 2017
Page 2


Respectfully submitted,

*/s/ Eugene Scalia*

Eugene Scalia

*Counsel for Chamber of Commerce of the United States of America, Financial Services Institute, Inc., Financial Services Roundtable, Greater Irving-Las Colinas Chamber of Commerce, Humble Area Chamber of Commerce doing business as Lake Houston Area Chamber of Commerce, Insured Retirement Institute, Lubbock Chamber of Commerce, Securities Industry and Financial Markets Association, and Texas Association of Business*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2017, an electronic copy of the foregoing document was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and service will be accomplished on all parties by the appellate CM/ECF system.

*/s/ Eugene Scalia*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
EScalia@gibsondunn.com