# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 10, 2017

Mr. Paul Blankenstein
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Ms. Jennifer Jo Clark
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Kelly Patrick Dunbar
WilmerHale
1875 Pennsylvania Avenue, N.W.
Suite 6151E
Washington, DC 20006

Mr. Russell Harris Falconer
Gibson, Dunn & Crutcher, L.L.P.
2100 McKinney Avenue
1100
Dallas, TX 75201-6912

Mr. Joseph Robert Guerra
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. James C. Ho
Gibson, Dunn & Crutcher, L.L.P.
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912

Mr. Peter D. Keisler
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Kevin Lamb

WilmerHale  
1875 Pennsylvania Avenue, N.W.  
Washington, DC 20006

Mr. Eric Dean McArthur  
Sidley Austin, L.L.P.  
1501 K Street, N.W.  
Washington, DC 20005

Mr. Jason J. Mendro  
Gibson, Dunn & Crutcher, L.L.P.  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036-5306

Mr. David W. Ogden  
WilmerHale  
1875 Pennsylvania Avenue, N.W.  
Washington, DC 20006

Mr. Michael S. Raab  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Ms. Andrea J. Robinson  
WilmerHale  
60 State Street  
Boston, MA 02109

Mr. Eugene Scalia  
Gibson, Dunn & Crutcher, L.L.P.  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036-5306

Mr. Michael Shih  
U.S. Department of Justice  
Civil Division, Appellate Section  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Ms. Galen Thorp  
U.S. Department of Justice  
Civil Division Federal Programs Branch  
20 Massachusetts Avenue, N.W.  
Washington, DC 20530

No. 17-10238   Chamber of Commerce of the USA, et al v. U.S. Department of Labor, et al
      USDC No. 3:16-CV-1476
      USDC No. 3:16-CV-1530
      USDC No. 3:16-CV-1537

Dear Counsel,

Attached is a copy of the updated case caption for your use on all future filings in this court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

Case No. 17-10238

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; FINANCIAL SERVICES INSTITUTE, INCORPORATED; FINANCIAL SERVICES ROUNDTABLE; GREATER IRVING-LAS COLINAS CHAMBER OF COMMERCE; HUMBLE AREA CHAMBER OF COMMERCE, doing business as Lake Houston Chamber of Commerce; INSURED RETIREMENT INSTITUTE; LUBBOCK CHAMBER OF COMMERCE; SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION; TEXAS ASSOCIATION OF BUSINESS,

Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, SECRETARY, U.S. DEPARTMENT OF LABOR,

Defendants - Appellees

-----------------------------------------------------------------------

AMERICAN COUNCIL OF LIFE INSURERS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - TEXAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - AMARILLO; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - DALLAS; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - FORT WORTH; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - GREAT SOUTHWEST; NATIONAL ASSOCIATION OF INSURANCE AND FINANCIAL ADVISORS - WICHITA FALLS;

Plaintiffs - Appellants

v.

UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, SECRETARY, U.S. DEPARTMENT OF LABOR,

Defendants - Appellees

-----------------------------------------------------------------------

INDEXED ANNUITY LEADERSHIP COUNCIL; LIFE INSURANCE COMPANY OF THE SOUTHWEST; AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY; MIDLAND NATIONAL LIFE INSURANCE COMPANY; NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

Plaintiffs - Appellants

v.

R. ALEXANDER ACOSTA, SECRETARY, U.S. DEPARTMENT OF LABOR;
UNITED STATES DEPARTMENT OF LABOR,

                Defendants - Appellees